■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EGAN J. POWELL, Appellant. [849 NYS2d 815]—Appeal from a judgment of the Erie County Court (Michael F. Pietruszka, J.), rendered March 27, 2006. The judgment convicted defendant, after a nonjury trial, of criminal possession of a weapon in the third degree and reckless endangerment in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him, after a nonjury trial, of criminal possession of a weapon in the third degree (Penal Law § 265.02 [1]) and reckless endangerment in the first degree (§ 120.25). The verdict is not against the weight of the evidence (*see generally People v Bleakley*, 69 NY2d 490, 495 [1987]). County Court's resolution of credibility issues is entitled to great deference, and it cannot be said that the court failed to give the evidence the weight it should be accorded (*see People v Lane*, 7 NY3d 888 [2006]; *People v Koonce*,

38 AD3d 1286 [2007], *lv denied* 9 NY3d 866 [2007]). The sentence is not unduly harsh or severe.

Contrary to the contention of defendant in his pro se supplemental brief, "[e]xigent circumstances . . . justified a warrantless entry into defendant's house for the purpose of arresting him" (*People v Lasso-Reina*, 305 AD2d 121, 122 [2003], *lv denied* 100 NY2d 595 [2003]), and "the officers were justified in conducting a protective sweep of the premises, incident to defendant's arrest, for safety purposes" (*People v White*, 291 AD2d 250, 250 [2002], *lv denied* 98 NY2d 682 [2002]). Present—Hurlbutt, J.P., Smith, Centra, Lunn and Fahey, JJ.